# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DENNIS ROGER VAN DYKE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00133-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. FEDERAL DEPARTMENT OF CORRECTION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2016 Order.

June 3, 2016

Frank G. Johns, Clerk
United States District Court